UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20337-BLOOM

UNITED STATES OF AMERICA

v.

ADOLFO FERNANDEZ,

      **Defendant.**

_____/

**FACTUAL PROFFER**

The United States of America and Adolfo Fernandez (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida and elsewhere:

There is a website on the darknet that advertises and sells "packets" of files containing images and videos of child pornography. On or about February 10, 2021, the Defendant affirmatively located that website and purchased a packet of files entitled "not_included_s12." The Defendant downloaded the packet of files to his home desktop computer using the Internet, while knowing that the packet contained images of child pornography. At that time, the Defendant was located at his residence in Miami, Florida.

The packet "not_included_s12" included two hundred ninety-three (293) media files that contained videos and images depicting child pornography. For example, one video is entitled "Baby J Captive.avi" and depicts a prepubescent female child naked with her legs spread apart and both of her ankles tied with a white band. The camera focuses on the child's vagina and an adult male's erect penis can be seen penetrating it. The adult male also penetrates the child's anus with his erect penis. At one point, the adult male uses his left thumb and index fingers to spread open

the child's vagina while penetrating the child's anus with his erect penis. The adult male also digitally penetrates the child's vagina. The adult male ejaculates on the child's stomach area.

The Defendant knew that the children depicted in "Baby J Captive.avi" and other files within the packet "not_included_s12" were minors and that the depictions showed the minors engaged in sexually explicit conduct. The Defendant also knew that the children depicted in "Baby J Captive.avi" and other files within the packet "not_included_s12" were especially vulnerable to sexual abuse due to their age. Additionally, the Defendant knew that some of the files within the packet "not_included_s12" portrayed sadistic or masochistic conduct or other depictions of violence.

On May 27, 2021, law enforcement executed a valid search warrant at the Defendant's residence and seized multiple electronic devices. Upon review of those electronic devices, law enforcement located on the Defendant's desktop computer a total of 1,813 pictures and 248 videos depicting child pornography. Law enforcement also located on the Defendant's cell phone a total of 521 pictures and 68 videos depicting child pornography. Some of the images located on the Defendant's cell phone depicted the Defendant in his living room with a minor's hand grasping his genitalia.

[Intentionally left blank.]

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the Defendant's knowing, willful, and intentional plea of guilty. The parties agree that these facts are sufficient to prove that the Defendant knowingly received child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1).

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

Date: 12/13/21   By: _____
ADAM M. HAPNER
ASSISTANT UNITED STATES ATTORNEY

Date: 11/4/21   By: _____
JORGE L. DEL VILLAR
ATTORNEY FOR DEFENDANT

Date: 11/04/21   By: _____
ADOLFO FERNANDEZ
DEFENDANT