UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

CASE NO: 1:21-CR-20337

v.

ADOLFO FERNANDEZ,

    Defendant.
_____/

## UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE OBJECTIONS TO PSR AND CONTINUE SENTENCING

COMES NOW, the Defendant ADOLFO FERNANDEZ, by and through the undersigned counsel and hereby files his Motion For Additional Time to File Objections to PSR and Continue Sentencing and in support thereof states as follows:

1. The undersigned counsel believes that under 18 U.S.C. § 3161 (h)(7), the Court will find that the ends of justice by granting this continuance outweigh the best interest of the public.

2. Mr. Adolfo Fernendez' sentencing is scheduled for February 25, 2022.

3. The undersigned counsel is scheduled to be out of town from February 19, 2022 through February 28, 2022 for the purpose of university campus tours with his daughter

4. Due to various factors including the holidays, illness, and lack of staff due to COVID, the defense will be delayed in filing objections to the PSR and its preparation for the sentencing hearing.

5. The undersigned Counsel has conferred with Adam Hapner, AUSA, who has advised that the Government has <u>no objection</u> to the relief sought in this motion.

6. The Defendant's sentencing has not been previously continued.

7. The Defendant is in custody.

8. A delay will not prejudice the parties.

9. This motion is brought in good faith and for no other reason than indicated herein.

WHEREFORE, the defendant respectfully requests that the Court grant this Motion for Additional Time to File Objections to PSR and Continue Sentencing and enter a corresponding order resetting the matter to a future date.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically filed with the Office of the Clerk, United States District Court, Southern District of Florida and served upon the Office of the United States Attorney, this 29th day of January 2022 .

THE DEL VILLAR FIRM, P.A.

Jorge L. Del Villar, Esq.
12651 S Dixie Hwy
Suite 100
Pinecrest, Florida 33156
Telephone:   (305) 669-7007
Facsimile:    (305) 230-2669
jdv.dvfirm@gmail.com
Florida Bar Number  022802
Counsel for Defendant