**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CR-20337-BLOOM**

**UNITED STATES OF AMERICA,**

v.

**ADOLFO FERNANDEZ,**

    **Defendant.**

_____/

**THE UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE**
**SENTENCING EXHIBITS UNDER SEAL**

The United States of America moves for an Order allowing the United States to file its sentencing exhibits, which consists of multiple victim impact statements, under seal. In support, the United States represents the following:

1. On December 13, 2021, Defendant Adolfo Fernandez pled guilty to receipt of child pornography, in violation of Title 18, United States Code, Section 2252(a)(2) & (b)(1). His sentencing is currently scheduled for April 1, 2022, at 10:30 a.m.

2. During the course of its investigation, law enforcement identified multiple child victims whose sexual exploitation images were in the Defendant's possession. Some of those identified victims have provided victim impact statements.

3. Pursuant to Title 18, United States Code, Section 3771(a)(4), the victims in this case have "[t]he right to be reasonably heard at any public proceeding in the district court involving [ . . . ] sentencing[.]" The identified victims have chosen to be heard through their statements.

4.      Due to the nature of the underlying offense and the need to protect the victims' safety, privacy, and dignity as provided in Section 3771(a)(1) and (8) and, if applicable, Section 3509(d), the United States requests that the victim impact statements be placed under seal.

5.      The undersigned has conferred with Jorge Del Villar, Esq., attorney for the Defendant, and he advised that he does not oppose the request.

WHEREFORE, the United States of America respectfully requests that this Court grant the relief sought above and enter an Order for leave to file the sentencing exhibits consisting of the victim impact statements in this case under seal.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:     /s/ Adam M. Hapner
Adam M. Hapner
Assistant United States Attorney
Florida Bar No. 112006
United States Attorney's Office
500 East Broward Blvd., 7th Floor
Fort Lauderdale, FL 33394
(786) 761-3142
Adam.Hapner@usdoj.gov