UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-20337-BLOOM

UNITED STATES OF AMERICA

v.

ADOLFO FERNANDEZ,

    **Defendant.**

_____/

## JOINT MOTION FOR RESTITUTION HEARING

The United States of America, and the Defendant, Adolfo Fernandez, are requesting a restitution hearing be set in this matter and in support thereof, state as follows:

1. On April 1, 2022, the Defendant was convicted of one count of receipt of child pornography. The Court sentenced the Defendant to 151 months' imprisonment (DE 47 at 2).

2. An order of restitution is mandatory under 18 U.S.C. § 3663A(a).

3. At sentencing, the Court made clear that that it would order restitution, but it deferred the determination of restitution for a later date (DE 47 at 7).

4. Pursuant to 18 U.S.C. § 3664(a)(5), "the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing." However, this deadline is waivable; "it is a time-related directive that is legally enforceable but does not deprive a judge or other public official of the power to take the action to which the deadline applies if the deadline is missed." *Dolan v. United States*, 560 U.S. 605, 611 (2010); *United States v. Brannon*, 476 F. App'x 386, 390 (11th Cir. 2012).

5. In this case, there are eleven identifiable victims requesting restitution between $3,000 and $15,000 each. Ten of these victims are represented by attorneys.

6. For these restitution requests, the government has provided all the supporting documentation to defense counsel, and the parties have been actively working to reach an agreement on the amount of restitution. However, to date, no agreement has been reached, and the parties are requesting additional time before a restitution hearing is held.

7. The Defendant has agreed to waive the 90-day requirement while the parties continue to discuss the amount of restitution.

8. Accordingly, the parties are requesting a restitution hearing be set at least sixty days out in the event an agreement is not reached. But, if an agreement is reached prior to the hearing, the parties will promptly notify the Court so the hearing may be cancelled.

Respectfully submitted,

| | |
|---|---|
| /s Jorge Del Villar | JUAN ANTONIO GONZALEZ |
| Jorge L. Del Villar, Esq. | UNITED STATES ATTORNEY |
| The Del Villar Firm, P.A. | |
| Surety Legal, P.A. | Adam M. Hapner |
| 12651 S. Dixie Hwy | Assistant United States Attorney |
| Suite 100 | Florida Bar No. 112006 |
| Pinecrest, FL 33156 | United States Attorney's Office |
| (305) 669-7007 | 500 East Broward Blvd., 7th Floor |
| jdv.dvfirm@gmail.com | Fort Lauderdale, FL 33394 |